IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02538-WYD-MJW

GREGORY CHERNUSHIN and
ANDREA DAWN CHERNUSHIN,

Plaintiff(s),

v.

WRIGHT NATIONAL FLOOD INSURANCE COMPANY, aka FIDELITY
A Florida insurance company doing business in the State of Colorado,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiffs' Unopposed motion for Amendment of Scheduling Order RE: Time to File Rule 26(a)(1) Disclosures (Docket No. 18) is granted.  The Scheduling Order (Docket No. 15) is amended such that the plaintiffs shall serve their Rule 26(a)(1) disclosures on or before December 10, 2014.

Date: December 8, 2014