IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02538-WYD-MJW

GREGORY CHERNUSHIN and
ANDREA DAWN CHERNUSHIN,

Plaintiff(s),

v.

WRIGHT NATIONAL FLOOD INSURANCE COMPANY, aka FIDELITY
A Florida insurance company doing business in the State of Colorado,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Extension of the Deadlines for Completion of Discovery Depositions and for the Filing of Dispositive Motions Pursuant to Fed.R.Civ.P. 6(b)(1)(A) (Docket No. 31) is GRANTED for good cause shown.

     It is further ORDERED that the Scheduling Order (Docket No. 15) is AMENDED as follows:

- Discovery depositions shall be completed by April 30, 2015; and

- Dispositive motions shall be filed by June 1, 2015.

Date: March 25, 2015