IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02538-WYD-MJW

GREGORY CHERNUSHIN and
ANDREA DAWN CHERNUSHIN,

    Plaintiff,

v.

WRIGHT NATIONAL FLOOD INSURANCE COMPANY, a/k/a FIDELITY, A Florida insurance company doing business in the State of Colorado,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (ECF No. 41).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice, each party to bear its own costs.  Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 41) is **APPROVED**.  This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

Dated: July 20, 2015

                              BY THE COURT:

                              <u>s/ Wiley Y. Daniel</u>
                              Wiley Y. Daniel,
                              Senior United States District Judge